**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAILA SULTANI, ET AL., <br>   Plaintiffs, <br>     v. <br> TESLA INC., <br>   Defendant. | **CONSENT ORDER** <br><br> Case No.: 2:24-cv-01445-JAM-CKD |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are **VACATED.**

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Chief Magistrate Judge Carolyn K. Delaney.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number: **2:24-CV-01445-CKD.**

Dated: July 24, 2024              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

   Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  July 24, 2024
                                  THE HONORABLE CAROLYN K. DELANEY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE