IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAILA SULTANI, ET. AL.,** | Case No. 2:24-cv-01445-CKD |
| Plaintiffs, | **ORDER** |
| v. | |
| **TESLA, INC.,** | |
| Defendant. | |

**ORDER**

Upon consideration of the parties' stipulation, and good cause appearing, including the sequence of required state-court and federal-court filings necessary to comply with Local Rule 202(b), Local Rule 141, and Local Rule 160(a), IT IS HEREBY ORDERED that:

1. The Court is notified that this action has been settled, subject to approval of a Minor's Compromise Petition in state court.
2. Pursuant to Local Rule 160(a), the Court finds good cause to modify the default twenty-one (21) day deadline for filing dispositional documents.

/////
/////
/////

3. The parties are granted up to one hundred eighty (180) days from the date of the Court's Order approving the compromise of the minor's claims to file all required dispositional documents.

Dated: December 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE